IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISON

United States District Court
Southern District of Texas
ENTERED
MAY 1 4 2015
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| MARTHA TORRES | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 1:15-CV-40 |
| STANDARD GUARANTY INSURANCE | § | |
| COMPANY | § | |
| | | |
| Defendant. | | |

## ORDER GRANTING MOTION TO REMAND

Before the Court is Plaintiff's Agreed Motion to Remand, filed March 18, 2015. Plaintiff indicates that this case should be remanded back to state court because this Court lacks subject matter jurisdiction under 28 U.S.C § 1332 (a). Plaintiff further indicates that Defendant Standard Guaranty Insurance Company has agreed to this request.

After reviewing the Motion, the Court is of the opinion that it should be **GRANTED.** Accordingly, the Court hereby **ORDERS** this case **REMANDED** to the 445th Judicial District Court of Cameron County, Texas.

**SO ORDERED.**

SIGNED: _May 14_, 2015

_____
**U.S. DISTRICT JUDGE**