**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION



**DAVID J. BRADLEY**
CLERK OF COURT

United States District Court
Southern District of Texas
FILED

MAY 2 8 2015

David J. Bradley, Clerk of Court

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

FILED 4:10 o'clock P .M
May 14, 2015 ERIC GARZA - DISTRICT CLERK

MAY 2 1 2015

Mr. Eric Garza, District Clerk
Cameron County District Clerk's Office
974 E. Harrison Street
Brownsville, Texas 78520

DISTRICT COURT OF CAMERON COUNTY TEXAS
By: _____ Deputy #4

Re:   Your Previous Case No.:  2015-DCL-685
      Our Civil Action No.: B15CV40; Martha Torres vs. Standard Guaranty Insurance Company

Dear Mr. Garza:

Enclosed please find a certified copy of the Order entered on **May 14, 2015** remanding the above-referenced case to state court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to us.

Very truly yours,

David J. Bradley, Clerk

By:  s/ Balvina Campos
     Deputy Clerk

/bc
Enclosure

Filed Under Civil Action No.: __2015 - DCL - 685__

Received On: __May 21, 2015__

By: __Miriam Ibarra__